■ CLAYTON B. WILLIAMS, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30896.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for property damage alleged to have resulted by reason of flood control operation.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [208 Misc. 385.]

■ FRANK COLE, Respondent, v. PETER LOBELLO, as Executor of GEORGE McCANN, Deceased, Appellant.— Judgment and order affirmed, without costs of this appeal to either party. See Per Curiam opinion filed in case of Wirtz v. Lobello (1 A D 2d 416). All concur. (Appeal from judgment and order of Onondaga County Court affirming a judgment of Syracuse Municipal Court for plaintiff in a minimum wage law case.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See post, p. 807.]

■ ELMER EVERSON et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 32416.) — Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal by claimants from a judgment of the Court of Claims on a claim for damages for appropriation of realty; also appeal from order denying claimants' motion for an order revising and modifying the decision, or, in the alternative, for a new trial on the ground that the award was insufficient.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ A. E. NETTLETON COMPANY et al., Appellants, v. RUSSELL TAYLOR, Individually and as President of UNITED SHOEWORKERS OF AMERICA, C I O, et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term granting defendants' motion insofar as it dismisses plaintiffs' complaint as to defendants in their representative capacities, with leave to serve an amended complaint, in an action against defendants individually and as officers of United Shoeworkers of America, C I O.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [2 Misc 2d 46.]

■ ELEANOR RICKER, as Administratrix of the Estate of DONALD W. RICKER, Deceased, Respondent, v. JOHN B. DAVIS, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur, Kimball, J., upon the sole ground that a contrary holding would be against the public policy of the State of New York. (Appeal from part of an order of Steuben Special Term denying defendant's motion to dismiss plaintiff's second cause of action, in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ In the Matter of EDWARD A. RATH et al., Respondents, against JOHN F. DWYER, as District Attorney of Erie County, Appellant.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Erie County Court quashing a subpoena duces tecum served upon the County Clerk and Surrogate's Court Clerk, and returnable before the Grand Jury of Erie County.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ BERNICE F. RILEY, as Administratrix of the Estate of NELLIE R. FUNDA, Deceased, Appellant, v. ST. JOSEPH'S HOSPITAL, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Onondaga Trial Term dismissing plaintiff's complaint at the close of all the evidence, in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.